UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 1:14-cr-48-HSM-SKL |
| | ) | |
| SAVELT D. BONNER | ) | |

## **MEMORANDUM AND ORDER**

SAVELT D. BONNER, ("Defendant") appeared for a hearing on July 23, 2018, in accordance with Rules 5 and 32.1 of the Federal Rules of Criminal Procedure on the Petition and Order [Doc. 30] for a Warrant or Summons for an Offender Under Supervision ("Petition").

Defendant was placed under oath and informed of his constitutional rights. It was determined that Defendant wished to be represented by an attorney and he qualified for appointed counsel. Federal Defender Services of Eastern Tennessee was appointed to represent Defendant. It was also determined that Defendant had been provided with and reviewed with counsel a copy of the Petition.

The Government moved that Defendant be detained without bail pending his revocation hearing before U.S. District Judge Mattice. Defendant waived his right to a preliminary hearing but requested a detention hearing, which was held. Defendant and the government both made proffers regarding the Petition and related matters. Both parties presented their respective arguments, which were fully considered by the Court.

Based upon the Petition and Defendant's waiver of a preliminary hearing, the Court finds there is probable cause to believe Defendant has committed a violation of his conditions of supervised release as alleged in the Petition.

As addressed in greater detail during the detention hearing, and pursuant to Fed. R. Crim. P. 32.1(a)(6), the Court further finds Defendant has not carried his burden to establish by clear and convincing evidence that he will not fail to appear or not pose a danger to any other person or to the community if released.

Accordingly, it is **ORDERED** that:

(1) Counsel for Defendant and the Government shall confer and make best efforts to submit to U.S. District Judge Mattice a proposed Agreed Order with respect to an appropriate disposition of the Petition for Warrant for Offender Under Supervision.

(2) In the event counsel are unable to reach agreement with respect to an appropriate disposition of the Petition for Warrant for Offender Under Supervision, they shall request a hearing before U.S. District Judge Mattice.

(3) The Government's motion that Defendant be **DETAINED WITHOUT BAIL** pending further order from this Court is **GRANTED**.

SO ORDERED.

ENTER.

                                          s/ *Susan K. Lee*
                                          SUSAN K. LEE
                                          UNITED STATES MAGISTRATE JUDGE